UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:24-cv-01897-HDV-SSC              Date: April 27, 2026

Title     Michael John Silver v. Cal Pia Healthcare Facilities, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                Teagan Snyder                |                n/a                |
|:-------------------------------------------:|:---------------------------------:|
|                Deputy Clerk                 |       Court Reporter / Recorder   |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:--------------------------------:|:---------------------------------:|
|           None Present           |           None Present            |

**Proceedings:**    (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On September 3, 2024, *pro se* Plaintiff Michael John Silver filed a civil rights complaint alleging that several non-prisoner employees discriminated against and sexually harassed him in his prison work assignment.  (ECF 1.)  On January 23, 2026, the Court issued a Report and Recommendation recommending dismissal of Plaintiff's complaint with limited ability to amend (ECF 47), which the District Judge issued an order accepting on March 17, 2026 (ECF 50).  On March 18, 2026, the Court ordered Plaintiff to file a First Amended Complaint (FAC) addressing the deficiencies set forth in the Report and Recommendation.  (ECF 51.)  The deadline has passed and the Court has not received a FAC or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:24-cv-01897-HDV-SSC                    Date: April 27, 2026

Title    Michael John Silver v. Cal Pia Healthcare Facilities, et al.

 

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **May 18, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.

      The Court will consider as an appropriate response to this order to show cause the filing of a FAC on or before **May 18, 2026,** upon filing of which this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.  Plaintiff is reminded that all claims against Defendant CALPIA were dismissed with prejudice and without leave to amend.  (ECF 50 at 2.)  **The FAC may only address claims against the other Defendants for which Plaintiff was granted leave to amend, including Plaintiff's Eighth Amendment claim, Fourteenth Amendment claim, and state law claims**.[1]  (*Id.*)

---

      [1] The Court's order at ECF 51 erroneous excluded "federal and" before "state law" in the following sentence: "Plaintiff is reminded that his First Amended Complaint may only address the state law claims for which he was granted leave to amend."  As is clear in the Report and Recommendation (ECF 47) and the order accepting that recommendation (ECF 50), and as stated above, Plaintiff was given leave to file an FAC on the Eighth and Fourteenth Amendment claims as well as the state law claims.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:24-cv-01897-HDV-SSC                     Date: April 27, 2026

Title      Michael John Silver v. Cal Pia Healthcare Facilities, et al.

 

      Plaintiff is cautioned that failure to file a timely FAC will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

 

**IT IS SO ORDERED.**

 

 

:

Initials of Preparer            **ts**