UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SILVER, | Case No. 5:24-cv-01897-HDV-SSC |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CAL PIA HEALTHCARE FACILITIES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that judgment be entered dismissing this action without prejudice for failure to prosecute and comply with court orders.

DATED:  06/30/26

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE