UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SILVER,<br><br>               Plaintiff,<br><br>       v.<br><br>CAL PIA HEALTHCARE<br>FACILITIES, et al.,<br><br>             Defendants. | Case No. 5:24-cv-01897-HDV-SSC<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and comply with court orders.

DATED: 06/30/26

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE